# EXHIBIT B



**Kimberley Cy. Motley**
kmotley@motleylegal.com
motleylegal.com

December 5, 2023

Milwaukee County Courthouse
George L. Christenson
Milwaukee County Clerk
901 North 9th Street, Room 105
Milwaukee, Wisconsin 53233

Certified Mail : 7020 1290 0000 0254 6347

Re: Amended Notice of claims for Marwan Mahajni

Dear Mr. Christenson,

I write on behalf of my client whom I am representing, Marwan Mahajni, an adult individual who resides at 1028 E Juneau Ave, #730, Milwaukee, WI 53202 US in the County of Milwaukee. Pursuant to Wisconsin Statute § 893.80 and § 893.82 we are providing notice of state law claims that claimant has against Milwaukee County, Assistant District Attorney Sara Hill, the Milwaukee County Sheriff, Milwaukee County Sheriff Deputies Vu Do and Scott Woida, and as-yet unknown employees or former employees of Milwaukee County and State employees.

My client may be contacted through me at the below address. Please feel free to contact me if you have any questions or concerns.

Kimberley Cy. Motley, Esq.
WI. State Bar No.: 1047193
P.O. Box 1433
Matthews, North Carolina 28106
Phone : (704) 763-5413
Email : kmotley@motleylegal.com
ATTORNEY FOR MARWAN MAHAJNI

Attachment : Notice of Claim

cc: Attorney Nathaniel Cade, Attorney for Marwan Mahajni
Milwaukee County Corporation Counsel Margaret Daun
Sheriff Denita R. Ball

P.O. Box 1433
Matthews, North Carolina 28106

U.S. No. +1(704) 763-5413  Int'l. No. : +1(704) 765-4887  Afghan No.: +93 (0) 788 887 887

# NOTICE OF CLAIM TO:
# MILWAUKEE COUNTY, WISCONSIN

(Pursuant to Wisconsin Statute §§ 893.80 & 893.82)

**Claimant Name**: Marwan Mahajni

**Claimant Address**:

>Marwan Mahajni
>c/o Kimberley Cy. Motley, Esq.
>Motley Legal Services
>PO Box 1433
>Matthews, NC 28106

**Claimant Phone Number**: (704) 763-5413 (Attorney Kimberley Cy. Motley)

**Date and Time of Event Giving Rise to Claim**: August 10, 2014

**Location of Event Giving Rise to the Claim**:

>Milwaukee County

**State of the Circumstances of the Event Giving Rise to the Claim, including the names of all persons involved, the identification of witnesses, if any, and the names and job titles of the local governmental body's employees or agents involved (use additional sheets if necessary)**:

On August 8, 2013 Marwan Mahajni was charged with five counts of Kidnapping pursuant to Wis. Stat. 940.31(1)(b) and four counts of 2nd Degree Sexual Assault with Force pursuant to Wis. Stat. 940.225(2)(a) in Milwaukee County Case No. 2013CF003598. The case was brought by District Attorney Sara Lewis and assigned to the Honorable Timothy G. Dugan in Branch 10.

On May 3, 2014 the five day jury trial began on the underlying criminal matter and the jurors were sworn in. On March 7, 2014, testimony from both sides was completed, and the Court charged the case to the jury, released the alternate jurors, and swore in Bailiffs Deputy Vu Do and Deputy Woida.

On March 10, 2014, Deputy Vu Do during deliberations one of the jurors asked if they could be a hung jury on some of the counts. Upon information and belief, Deputy Vu in violation of the Sixth and Fourteenth Amendments of the Constitution. Upon information and belief, he communicated that they were not allowed to be hung and they would need to come with either a guilty or not guilty verdict. Upon information and belief, Deputy Vu shared this conversation that he had with the jurors with Deputy Woida and neither Deputies shared this information with the court or any of the attorneys.

Shortly after the conversation, on March 10, 2014, the jury unanimously found Mr. Mahajni not guilty on Counts 3, 4, and 5 and having been mis-informed by Vu Do the Jury returned guilty verdicts on Count One and Count Two. Upon information and belief after the jurors announced their verdict one of the jurors asked Judge Dugan if they could have been a hung jury which he communicated that they could have.

Immediately after the verdict, Mr. Mahajni was taken into custody. On April 7, 2014 Mr. Mahjni filed a motion for a new trial. Upon information and belief, the court instructed the attorneys, including Attorney Sara Lewis, to investigate whether the jurors were influenced by the conversation that they had with Deputy Vu, Attorney Lewis did not investigate. On June 13, 2014 Mr. Mahajni's motions for a new trial was denied and he was sentenced to t 25 years on each of the two counts, consecutive to each other.

Mr. Mahajni appealed the denial of the motion for an evidentiary hearing which the Wisconsin Appellate Court concluded he was entitled to and remanded the case back to on June 27, 2019. On January 2, 2020, the court granted Mr. Mahajni's motion for a new trial.

Upon information and belief, Assistant District Attorney Sara Lewis, knew that she could not prove this case beyond a reasonable doubt but elected to re-try Mahajni. Finally, on October 24, 2022, the first day of the jury trial, the State moved to dismiss counts 1 and 2, and the Court ordered counts 1 and 2 to be dismissed with prejudice. From August 8, 2013 through October 24, 2022, Mr. Mahajni was wrongly detained for a period totalling 6 years 9 months and 17 days and when he was not detained he was wrongfully on bail.

If this matter proceeds to trial, Mr. Mahajni will seek punitive damages.

**Relief sought:** Payment of $10,000,000.00

Amended Notice of Claim was sent on December 5, 2023.

Notice of disallowance, as required under Wis. Stats. § 893.80(1g) may be sent to Motley Legal Services, at the address below.

Date: 12/5/2023

MOTLEY LEGAL SERVICES

s:/ Kimberley Cy. Motley
Kimberley Cy. Motley
Wis. State Bar No. 1047193
Founding Partner / CEO
US MOBILE : +1(704) 763-5413
International Number : +1 (704) 765-4887
Email :   kmotley@motleylegal.com

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70201290000002546347

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:18 am on December 13, 2023 in MILWAUKEE, WI 53233.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

MILWAUKEE, WI 53233
December 13, 2023, 9:18 am

**Departed USPS Regional Facility**

MILWAUKEE WI PROCESSING CENTER
December 13, 2023, 8:11 am

**Arrived at USPS Regional Destination Facility**

MILWAUKEE WI PROCESSING CENTER
December 12, 2023, 8:56 am

**In Transit to Next Facility**

December 10, 2023

**Arrived at USPS Regional Origin Facility**

CHARLOTTE NC DISTRIBUTION CENTER
December 6, 2023, 12:00 am

Feedback

- **Departed Post Office**
  CHARLOTTE, NC 28277
  December 5, 2023, 5:02 pm

- **USPS in possession of item**
  CHARLOTTE, NC 28277
  December 5, 2023, 4:54 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs