UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | November 20, 2024 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2024-cv-416 |
| CASE NAME: | Marwan Mahajni v. Milwaukee, County, *et al.* |
| NATURE OF HEARING: | Motion hearing |
| APPEARANCES: | Annalisa Pusick - Attorney for the plaintiff |
| | Kimberley Motely – Attorney for the plaintiff |
| | Madison Bedder – Attorney for the plaintiff |
| | Brianna Meyer – Attorney for the defendants |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 1:33 p.m. – 3:03 p.m. |

**AUDIO OF THIS HEARING AT DKT. NO. 38**

The court advised the parties that it was prepared to issue an oral ruling on the defendants' motion for judgment on the pleadings. The court explained that it would post the recording of the ruling on the docket, and that at the end of the ruling it would explain how the parties could obtain the recording on a thumb drive or could obtain a transcript. The court then issued a detailed oral ruling, granting in part and denying in part the defendants' motion for judgment on the pleadings and explaining its reasoning for doing so.

At the end of the ruling, the court reiterated that it would put the recording of the ruling on the docket, and they could listen to it from their own computers. It explained that if they wanted the recording on a thumb drive, they could contact the clerk's office and make that request. If the parties wanted a transcript of the hearing and oral ruling, they could find a transcript order form on the court's website.

For reasons stated in detail on the record, the court **GRANTS IN PART AND DENIES IN PART** the defendants' motion for judgment on the pleadings. Dkt. No. 20.

The court **GRANTS** the defendants' motion for judgment on the pleadings as it relates to the plaintiff's state-law claims, Monell claims, defendant Milwaukee County and defendant former sheriff David Clarke.

The court **DENIES** the motion for judgment on the pleadings as it relates to the defendants' arguments regarding the statute of limitations and Deputy Do being entitled to absolute immunity.

1

The court **DENIES WITHOUT PREJUDICE** the motion for judgment on the pleadings as it relates to the defendants' arguments regarding Deputy Do and Deputy Woida being entitled to qualified immunity.

The court **ORDERS** that the plaintiff's state-law and <u>Monell</u> claims are **DISMISSED**.

The court **ORDERS** that defendants Milwaukee County and former sheriff David Clarke are **DISMISSED**.

The court **ORDERS that** by the end of the day on December 3, 2024, the parties must file a joint Rule 26(f) plan. The court advised the parties to review Dkt. No. 17 regarding the information they must include in the plan.

Dated in Milwaukee, Wisconsin this 20th day of November, 2024.

BY THE COURT:

_____
**HON. PAMELA PEPPER
Chief United States District Judge**