UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARWAN MAHAJNI,

Plaintiff,

Case No. 24-cv-416-pp

v.

VU DO, *et al.,*

Defendants.

---

**SCHEDULING ORDER**

---

The court has received the parties' joint Rule 26(f) plan. Because no party objects, the court **ORDERS** that the stay of this case is **LIFTED**. The court has reviewed the parties' proposed plan and finds it acceptable. The court will adopt the parties' proposed schedule in this order.

The court strongly encourages parties to consider settlement throughout in the case. There are six magistrate judges in the Eastern District—three active, one part-time and two recalled—all of whom are experienced mediators and who are willing and able to conduct a mediation via videoconference. If the parties decide at any point that they would like to utilize a magistrate judge to facilitate mediation, they may request the appointment of a mediator by either contacting chambers or by filing a joint motion or stipulation. The court will refer the case to a magistrate judge as soon as possible after receiving such a request.

1

In accordance with the parties' Rule 26(f) plan, the court **ORDERS** the following:

The parties shall exchange their Rule 26(a)(1) disclosures by the end of the day on **June 12, 2026**.

Parties wishing to amend pleadings or join parties without leave of the court shall do so no later than the end of the day on **July 6, 2026**.

The plaintiff shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **October 12, 2026**.

The defendant shall disclose the identities of expert witnesses, along with reports and supporting documentation, no later than the end of the day on **January 11, 2027**.

The parties shall complete all discovery no later than the end of the day on **March 1, 2027**.

A party wishing to file dispositive motions and/or <u>Daubert</u> motions must do so by the end of the day on **March 29, 2027**. The response and reply deadlines mandated by Civil Local Rules 7 and 56 (E.D. Wis.) shall apply. The parties shall file a joint status report by March 29, 2026 if they choose not to file a dispositive motion.

The court will not set dates for the final pretrial conference or the trial until dispositive motions have been decided.

The court **ORDERS** that when any party files proposed findings of fact, and responses or replies thereto, the party shall e-mail a Word version of those proposed facts to PepperPO@wied.uscourts.gov.

Dated in Milwaukee, Wisconsin this 22nd day of May, 2026.

BY THE COURT:

HON. PAMELA PEPPER
Chief United States District Judge

3