**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WISCONSIN**

---

**Marwan Mahajni,**

Plaintiff,

V

**Vu Do**

**Et al ,**

**Defendants.** CASE NO 2:24-cv-00416

---

**NOTICE AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

---

**PLEASE TAKE NOTICE** that Attorney Imran S. Kurter, attorney for Marwan Mahajni the Plaintiff in the above-mentioned matter, shall move the Court for an order of the Court allowing him to withdraw as his attorney.

Attorney Imran Kurter moves the court to allow him to withdraw as counsel in the above captioned case for the following reasons.

1. Attorney Kurter has been notified by Plaintiff's request to withdraw promptly; Attorney Kurter believes the Attorney-Client relationship is irretrievably broken.
2. As of today's date, Counsel understands that Mr. Mahajni is representing himself or is in the process of hiring successor counsel. Please note that his email address is: marwanmahajni134@gmail.com and his address is 1028 East Juneau Avenue, #327; Milwaukee, Wisconsin 53202.

Respectfully submitted this 8th day of October 2026.

Respectfully submitted,

KURTER LAW OFFICES

By: /s/ Imran S. Kurter

Wisconsin State Bar No. 1096182

Attorney for Plaintiff

10012 W Capitol Drive

Milwaukee, WI 53222

(414) 368-8181

Imran@Kurterlaw.com