**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WISCONSIN**

---

**Marwan Mahajni,**

Plaintiff,

V

**Vu Do**

**Et al ,**

**Defendants.** CASE NO 2:24-cv-00416

---

**PLAINTIFF'S NOTICE AND UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

**PLEASE TAKE NOTICE** that Attorney Imran S. Kurter, attorney for Marwan Mahajni the Plaintiff in the above-mentioned matter, shall move the Court for an order amending the 5/22/2026 Scheduling Order of the Court (Dkt. 62).

Attorney Imran Kurter moves the Court under Federal Rule 16 to allow for new deadlines in the above captioned case for the following reasons.

1. Attorney Kurter has been notified by Plaintiff to withdraw promptly and has motioned the Court for permission to withdraw on 10/8/2026.
2. As of today's date, Attorney Kurter understands that Mr. Mahajni is representing himself or is in the process of hiring successor counsel. Please note that his email address is: marwanmahajni134@gmail.com and his address is 1028 East Juneau Avenue, #327; Milwaukee, Wisconsin 53202.

3. Prior to filing this motion, Attorney Kurter reached out to opposing counsel and made them aware of his anticipated withdrawal as Plaintiff's counsel in this case.
4. Based on Attorney Kurter's representations regarding his withdrawal and the current case deadlines set forth in the Court's Scheduling Order, defense counsel indicated that Defendants would stipulate and agree to a 30-day extension of the deadlines for Plaintiff's expert disclosures, Defendants' expert disclosures, the completion of discovery, and dispositive motions and/or Daubert motions.
5. Based on the foregoing, Plaintiff represents that good cause exists to amend the Scheduling Order as requested herein and respectfully requests that the Court grants this unopposed motion and issues an amended Scheduling Order with the following deadlines:
    a. Plaintiff shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **November 11, 2026**.
    b. Defendants shall disclose the identities of expert witnesses along with reports and supporting documentation, no later than the end of the day on **February 10, 2027**.
    c. The parties shall complete all discovery no later than the end of the day on **March 31, 2027**.
    d. A party wishing to file dispositive motions and/or Daubert motions must do so by the end of the day on **April 28, 2027**. The response and reply deadlines mandated by Civil Local Rules 7 and 56 (E.D. Wis.) shall apply. The parties shall file a joint status report by April 28, 2027, if they choose not to file a dispositive motion.
6. The Court has not set dates for the final pretrial conference or the trial in this matter. (Dkt. 62). At present, the parties do not anticipate that any other deadlines will need to be amended if the Court grants this motion.

Respectfully submitted this 8th day of October 2026.

Respectfully submitted,

KURTER LAW OFFICES

By: /s/ Imran S. Kurter

Wisconsin State Bar No. 1096182

Attorney for Plaintiff

10012 W Capitol Drive

Milwaukee, WI 53222

(414) 368-8181

Imran@Kurterlaw.com